OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711



**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

PRESORTED
FIRST CLASS

U.S. POSTAGE ≫ PITNEY BOWES

ZIP 78701
02 1W
0001401603 NOV 29 2016

$ 000.26³

**11/28/2016**
**MCCLURE, ROBERT TROY**   Tr. Ct. No. CR-2005-234-6

**WR-68,968-16**

On this day, the original writ of prohibition has been received and presented to the Court.

Abel Acosta, Clerk

ROBERT TROY MCCLURE
- TDC # 1420457

MICHAEL
P.O. BOX 4500
TENN COLONY, TX 75886

U N C

